UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | | |
|---|---|---|---|
| MICHAEL BENANTI, | ) | | |
| | ) | | |
| Petitioner, | ) | Case Nos. | 3:15-CR-177-TAV-DCP |
| | ) | | 3:20-CV-194-TAV |
| v. | ) | | |
| | ) | | |
| UNITED STATES OF AMERICA, | ) | | |
| | ) | | |
| Respondent. | ) | | |

## **ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02. Now before the court is Petitioner's Motion for Extension of Time to Reply to the Government's Response [Doc. 333], filed on April 7, 2021.[1]

On August 25, 2020, the Court appointed CJA Attorney Stephen McGrath to represent Petitioner Benanti for the purposes of his claim under *United States v. Davis*, -- U.S. --, 139 S. Ct. 2319 (2019), in connection with his § 2255 motion. [Doc. 315]. The Court ordered Attorney McGrath to review the facts of Petitioner's case and file a *Davis* supplement, if necessary, to Petitioner's pro se § 2255 motion within forty-five days. [*Id.*]. After being granted several extensions, Attorney McGrath filed a *Davis* supplement on November 23, 2020. [Doc. 325]. Subsequently, the Government filed a Response [Doc. 13 in 3:20-cv-194] to the filed *Davis* supplement.

Attorney McGrath now seeks [Doc. 333] an extension of time to file a reply to the Government's response in order to allow counsel to review the Government's response and

---

[1] Unless otherwise indicated, citations to the docket refer to Case No. 3:15-cr-177.

appropriately communicate with the Petitioner. Further, the motion relates that the Government does not oppose the requested extension. Ultimately, the Court finds that Attorney McGrath has established good cause for the present motion, Petitioner's Motion for Extension of Time to Reply to the Government's Response [**Doc. 333**] is **GRANTED**, and Attorney McGrath shall file any Reply **on or before May 14, 2021**. The Court will not grant an additional extension of time absent a showing of further good cause for any subsequent extensions.

    **IT IS SO ORDERED.**

                                ENTER:

                                */s/ Debra C. Poplin*
                                Debra C. Poplin
                                United States Magistrate Judge